Approved: _____
TIMOTHY LY
Assistant United States Attorney

Before: THE HONORABLE PAUL E. DAVISON
United States Magistrate Judge
Southern District of New York

22 MJ 8281

- - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **SEALED COMPLAINT** |
| | : | |
| - v. - | : | Violation of |
| | : | 18 U.S.C. § 922(g)(1) |
| ANTON MORRISHOW, | : | |
| | : | COUNTY OF OFFENSE: |
| Defendant. | : | WESTCHESTER |

- - - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss.:

Frank Califano, being duly sworn, deposes and says that he is a detective with the Yonkers Police Department ("YPD") and a Task Force Officer ("TFO") assigned to the Federal Bureau of Investigation ("FBI"), and charges as follows:

**COUNT ONE**
(Felon in Possession of Ammunition)

1. On or about February 20, 2022, in the Southern District of New York and elsewhere, ANTON MORRISHOW, the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess ammunition, to wit, a nine-millimeter caliber bullet, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

The bases for my knowledge and for the foregoing charge are, in part, as follows:

2. I am a TFO with the FBI and I have been personally involved in the investigation of this matter. This affidavit is based upon my personal participation in the investigation of this matter, conversations with law enforcement agents and others, as well as my examination of reports and records. Because this affidavit is being submitted for the

limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

3. Based on my review of reports, photographs, videos, and records from the YPD; my participation in this investigation; and my conversations with other law enforcement officers; I have learned the following, in substance and in part:

a. On or about February 20, 2022, at approximately 12:45 pm, a red Chevy Camaro traveling south on McLean Avenue in Yonkers turned right onto Radford Street, continued for approximately 140 feet, and stopped. While the driver stayed in the red Camaro, two individuals, one of whom was later identified as ANTON MORRISHOW, the defendant, stepped out of the passenger side of the car and walked back to McLean Avenue.

b. MORRISHOW was wearing a patterned North Face jacket and a blue baseball cap with logos on the front, side, and back (the "Blue Cap"). The other individual ("Individual-1") who was in the Camaro with MORRISHOW was wearing a puffy three-color jacket and a New York Yankees baseball cap and holding a black backpack. MORRISHOW and Individual-1 both wore ski masks that covered their faces except for their eyes.

c. After walking north and south on part of McLean Avenue, MORRISHOW and Individual-1 eventually went into a four-story apartment building on McLean Avenue (the "Apartment Building"), appeared to talk briefly in the stairwell, and then went back out. They turned towards a basement window of the Apartment Building that was covered by a black plastic trash bag. Individual-1 bent down near the basement window for a few seconds while MORRISHOW stood nearby. MORRISHOW and Individual-1 then began to walk away, but abruptly stopped and turned back to the basement window.

d. Individual-1 crouched down again at the window. MORRISHOW walked past Individual-1 and went down a set of stairs leading to the door of a basement apartment. MORRISHOW got close to the door, then backed up, pointed a gun at the door for several seconds, and fired one shot into the basement-apartment door. MORRISHOW and Individual-1 immediately fled south on McLean Avenue. The YPD later found a bullet hole

in the door, bullet fragments inside the basement, and a nine-millimeter shell casing several feet from the basement door.

    e. MORRISHOW and Individual-1 thereafter returned to the Camaro and fled. Two individuals who were sitting inside a white SUV parked outside the Apartment Building followed MORRISHOW and Individual-1 westbound on Radford Street.

    f. The SUV crashed into the red Camaro on Van Cortlandt Park Avenue, and the red Camaro eventually stopped near Heaphy Park. The passenger of the SUV got out of the SUV and walked towards the red Camaro. MORRISHOW, Individual-1, and the driver exited the red Camaro, and just before or as they began running away from the crash scene, one of the three fired a shot in the direction of the SUV passenger.

    g. A nine-millimeter shell casing was recovered just in front of Heaphy Park, which is at the corner of Intervale Place and Van Cortlandt Park Avenue. Security camera footage shows that MORRISHOW was no longer wearing the Blue Cap as he fled the Camaro. Another security camera also captured footage of MORRISHOW after the car crash with his ski mask pulled down below his mouth.

    h. After obtaining a warrant and searching the red Camaro, the YPD discovered the Blue Cap and a wallet containing, among other things, a New York State driver's license in MORRISHOW's name, credit and/or debit cards in MORRISHOW's name, and a New York State benefit card in MORRISHOW's name.

    i. On or about March 4, 2022, a parole officer who had periodic contact and was familiar with MORRISHOW was shown a still photo taken from the security camera footage. The parole officer identified MORRISHOW as the person with the ski mask pulled down below his mouth.

    4. Based on my review of a criminal history report and records pertaining to ANTON MORRISHOW, the defendant, and my involvement in this investigation, I have learned, among other things, that on or about February 8, 2019, MORRISHOW was convicted upon a plea of guilty in Bronx County Supreme Court of Attempted Robbery in the Second Degree, in violation of New York Penal Law §§ 110 and 160.10. On or about March 25, 2019, MORRISHOW was sentenced to 2 years' imprisonment and 2 years' post-release supervision.

5. Based on my discussion with a law enforcement officer and my review of a communication with a Special Agent from the Bureau of Alcohol, Tobacco, Firearms and Explosives who is familiar with the manufacturing of firearms and ammunition, I know that the nine-millimeter shell casing found outside the basement apartment of the Apartment Building was not manufactured in New York state.

WHEREFORE, deponent respectfully requests that a warrant be issued for the arrest of ANTON MORRISHOW, the defendant, and that he be imprisoned or bailed, as the case may be.

_____
FRANK CALIFANO
Task Force Officer
Federal Bureau of Investigation


Sworn to before me this
17th day of October, 2022.

_____
THE HONORABLE PAUL E. DAVISON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK